**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2013-3128

CARMEN GUZMAN-MUELLING,

　　　　　　　　　　　　　　　　　　　Petitioner,

v.

SOCIAL SECURITY ADMINISTRATION,

　　　　　　　　　　　　　　　　　　　Respondent.

Petition for review of an arbitrator's decision in No. CH-2012-0005-R-C by Marvin J. Feldman.

Authorized Abbreviated Caption[2]

GUZMAN-MUELLING v SSA, 2013-3128

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.