NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

___

**CARMEN GUZMAN-MUELLING,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

___

13-3128

___

Petition for review of an arbitrator's decision in No. CH-2012-0005-R-C by arbitrator.

___

ON MOTION

___

O R D E R

Upon consideration of the Petitioner, Carmen Guzman-Muelling unopposed motion to extend time to file appellant/petitioner principal brief until December 16, 2013,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

November 12, 2013            /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk

cc: Thomas J. Gagliardo
Sarah M. Valenti